No. 34—2430. Weber v. Mueller. This was an action of assumpsit, brought by the appellant against the appellee, upon

an account for goods sold and delivered, and money lent and advanced by the plaintiff to the defendant. The defense set up was that of payment, and the trial before the court and a jury resulted in a verdict and judgment for the defendant. No question of law is raised, the only complaint being that the verdict is against the preponderance of the evidence. While the evidence was conflicting, the court is unable to say that there is any such preponderance in favor of the plaintiff as would warrant a reversal of the judgment. Affirmed. Opinion PER CURIAM. Judge below, JOSEPH E. GARY. Attorneys, for appellant, Mr. THEODORE H. SCHINTZ; for appellee, Messrs. FRANK J. SMITH & HELMER. Opinion filed Oct. 27, 1886.